R. R. POE v. BOARD OF COMMISSIONERS OF PAWNEE COUNTY.

(Filed Feb. 11, 1899.)

*Error from the Probate Court of Pawnee County; before*
*James P. Neal, Probate Judge.*

*John D. De Bois* and *Cotteral & Hornor*, for plaintiff · in
error.

*C. A. Houston, W. L. Eagleton* and *B. W. Morphis*, for
defendant in error.

Action by R. R. Poe against the board of commission-
ers of Pawnee county. Judgment for defendant. Plain-
tiff brings error. Reversed.

PER CURIAM: The same questions are involved and
the same briefs have been filed in this case by counsel as
in the case of *Johnson v. Board of Com'rs.* (7 Okla. 686,)·
and the same findings of fact and conclusions of law
were made by the court below. For the reasons therein
stated, the judgment of the probate court is reversed,
and the cause is remanded, with directions to grant a new
trial.